**DISMISS and Opinion Filed December 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00646-CV

### IN THE INTEREST OF A.M.B. AND N.D.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-12105**

# MEMORANDUM OPINION

Before Justices Lang, Evans, and Boatright
Opinion by Justice Evans

Before the Court is appellant's motion to dismiss the appeal. Appellant no longer wishes

to pursue the appeal. Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P.

42.1(a)(1).

/David Evans/

DAVID EVANS

180646F.P05                                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.M.B. AND
N.D.B., CHILDREN

No. 05-18-00646-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-16-12105.
Opinion delivered by Justice Evans. Justices
Lang and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Rosa M. Barrett recover her costs of this appeal from appellant Robert W. Barrett, Jr.

Judgment entered this 12th day of December, 2018.